Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

             Case No.: 19−24191−CMG
             Chapter: 13
             Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

 Jagmohan Vasudeva          Meena Vasudeva
 6 Mimi Drive             6 Mimi Drive
 Monroe, NJ 08831          Monroe, NJ 08831

Social Security No.:
 xxx−xx−6355             xxx−xx−6340

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:    10/2/19
Time:    10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 13, 2019
JAN: wdr

                  Jeanne Naughton
                  Clerk, U. S. Bankruptcy Court