Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24191–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jagmohan Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Meena Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Social Security No.:
xxx–xx–6355

xxx–xx–6340

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             10/2/19
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 13, 2019
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-24191-CMG
Jagmohan Vasudeva                                                   Chapter 13
Meena Vasudeva
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 13, 2019
                              Form ID: 132             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db/jdb         +Jagmohan Vasudeva,    Meena Vasudeva,    6 Mimi Drive,    Monroe, NJ 08831-3528
518364963      +AR DIstributors,LLC.,    6 Mimi Dr.,    Monroe Township, NJ 08831-3528
518364964      +Bank of America,    c/o KML Law Group, P.C.,    216 Haddon Ave Suite 406,
                 Collingswood, NJ 08108-2812
518364965      +DITECH Financial LLC,    c/o RAS Citron,    130 Clinton Rd. Ste 202,    Fairfield, NJ 07004-2927
518364972     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
518364973      TD Bank N.A. F/K/A Commerce Bank N.A.,     c/o: Fleischer, Fleischer & Suglia,
                 Plaza1000 at Main Street Suite 208,    Voorhees, NJ 08043
518364974      +Township of Middlesex,    Tax Collector,    1200 Mountain Avenue,    Middlesex, NJ 08846-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2019 00:16:54     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2019 00:16:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518364966      +E-mail/Text: cio.bncmail@irs.gov Aug 14 2019 00:16:17     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518364971      +E-mail/PDF: pa_dc_claims@navient.com Aug 14 2019 00:20:59     NAVIENT,    PO Box  3800,
                 Wilkes Barre, PA 18773-3800
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518364967*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518364968*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518364969*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518364970*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518377680*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                           TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Eugene D. Roth    on behalf of Joint Debtor Meena  Vasudeva erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Jagmohan  Vasudeva erothesq@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    MEB Loan Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6