Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–24191–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jagmohan Vasudeva                    Meena Vasudeva
6 Mimi Drive                         6 Mimi Drive
Monroe, NJ 08831                     Monroe, NJ 08831

Social Security No.:
   xxx–xx–6355                              xxx–xx–6340

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 12, 2019 and a confirmation hearing on such Plan has been scheduled for December 18, 2019.

The debtor filed a Modified Plan on December 17, 2019 and a confirmation hearing on the Modified Plan is scheduled for February 5, 2020 2 10:00. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 19, 2019
JAN: wdr

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-24191-CMG
Jagmohan Vasudeva                                                     Chapter 13
Meena Vasudeva
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 19, 2019
                             Form ID: 186          Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb        +Jagmohan Vasudeva,   Meena Vasudeva,   6 Mimi Drive,   Monroe, NJ 08831-3528
518364963     +AR DIstributors,LLC.,   6 Mimi Dr.,   Monroe Township, NJ 08831-3528
518364964     +Bank of America,   c/o KML Law Group, P.C.,   216 Haddon Ave Suite 406,
               Collingswood, NJ 08108-2812
518364965     +DITECH Financial LLC,   c/o RAS Citron,   130 Clinton Rd. Ste 202,   Fairfield, NJ 07004-2927
518481659     +LoanCare, LLC,   3637 Sentara way,   Virginia Beach, VA 23452-4262
518413637     +Navient Solutions, LLC. on behalf of,   NJHEAA,   PO BOX 548,   Trenton, NJ 08625-0548
518364972     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  New Jersey Division of Taxation,   PO Box 245,
               Trenton, NJ 08695-0245)
518364973      TD Bank N.A. F/K/A Commerce Bank N.A.,   c/o: Fleischer, Fleischer & Suglia,
               Plaza1000 at Main Street Suite 208,   Voorhees, NJ 08043
518364974     +Township of Middlesex,   Tax Collector,   1200 Mountain Avenue,   Middlesex, NJ 08846-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518364966     +E-mail/Text: cio.bncmail@irs.gov Dec 20 2019 00:41:11     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
518487106      E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2019 00:42:52     MEB Loan Trust,
               c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
518364971     +E-mail/PDF: pa_dc_claims@navient.com Dec 20 2019 00:37:21     NAVIENT,   PO Box  3800,
               Wilkes Barre, PA 18773-3800
                                                                               TOTAL: 5


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518364967*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518364968*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518364969*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518364970*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518377680*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518531405*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                    TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   MEB Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth   on behalf of Joint Debtor Meena  Vasudeva erothesq@gmail.com
              Eugene D. Roth   on behalf of Debtor Jagmohan  Vasudeva erothesq@gmail.com

District/off: 0312-3            User: admin              Page 2 of 2            Date Rcvd: Dec 19, 2019
                               Form ID: 186              Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    MEB Loan Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7