**EUGENE D. ROTH, ESQ.**
2520 Highway 35, Suite 307
Manasquan, NJ 08736
(732) 292-9288
Attorney for Debtors

Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>JAGMOHAN AND MEENA VASUDEVA,<br><br>Debtors | CASE NO. 19-24191<br><br>CHAPTER: 13<br><br>JUDGE: Christine M. Gravelle<br><br>Hearing Date: 12/18/2019@9:00 |

## ORDER GRANTING REQUEST FOR LOSS MITIGATION

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

**DATED: December 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: Jagmohan and Meena Vasudeva
Case No. 19-24191 CMG
**ORDER GRANTING REQUEST FOR LOSS MITIGATION**

---

**THIS MATTER** having come before the Court on November 20, 2019 for a Motion to permit the Debtors, Jagmohan and Meena Vasudeva, to file under the Loss Mitigation Program with the United States Bankruptcy Court having considered the certification of the Debtor and good and sufficient cause having been shown; it is hereby

**ORDERED AND DIRECTED**, that the Debtors, Jagmohan and Meena Vasudeva, shall be permitted to file a Notice of Request for Loss Mitigation with the United States Court within ____-__10__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Jagmohan Vasudeva  
Meena Vasudeva  
    Debtors

Case No. 19-24191-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 19, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
db/jdb        +Jagmohan Vasudeva,   Meena Vasudeva,   6 Mimi Drive,   Monroe, NJ 08831-3528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                                                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:
           Albert Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor  MEB Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Eugene D. Roth    on behalf of Joint Debtor Meena  Vasudeva erothesq@gmail.com
           Eugene D. Roth    on behalf of Debtor Jagmohan  Vasudeva erothesq@gmail.com
           Melissa S DiCerbo    on behalf of Creditor  LoanCare, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
           Rebecca Ann Solarz    on behalf of Creditor  MEB Loan Trust rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 7