| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-24191 / CMG**

Jagmohan Vasudeva
Meena Vasudeva

Petition Filed Date: 07/22/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 02/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2019 | $586.00 | 61452930 | 10/02/2019 | $586.00 | 62242410 | 10/02/2019 | $86.00 | 17928020343 |
| 10/02/2019 | $500.00 | 17928020342 | 11/12/2019 | $586.00 | 63175750 | 12/09/2019 | $586.00 | 63938220 |

**Total Receipts for the Period: $2,930.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jagmohan Vasudeva | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $0.00 | $2,750.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2018 | Priority Crediors | $11,669.16 | $0.00 | $11,669.16 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,440.65 | $0.00 | $1,440.65 |
| 3 | NJHESAA<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | NJHESAA<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | NJHESAA<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 6 | Loancare, LLC<br>»» P/6 MIMI DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $123,388.97 | $0.00 | $123,388.97 |
| 7 | MEB LOAN TRUST<br>»» P/6 MIMI DR/2ND MTG/ORDER 10/7/19 | Mortgage Arrears | $25,433.89 | $0.00 | $25,433.89 |
| 8 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018 | Priority Crediors | $59.28 | $0.00 | $59.28 |

**Chapter 13 Case No. 19-24191 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,080.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $5,000.00 |
| Paid to Trustee: | $323.55 | Arrearages: | $3,632.00 |
| Funds on Hand: | $4,756.45 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**