Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24191−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jagmohan Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Meena Vasudeva
6 Mimi Drive
Monroe, NJ 08831

Social Security No.:
xxx−xx−6355

xxx−xx−6340

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 17, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 17, 2020
JAN: rms

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 19-24191-CMG
Jagmohan Vasudeva                                                        Chapter 13
Meena Vasudeva
           Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2            Date Rcvd: Sep 17, 2020
                              Form ID: 148               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb         +Jagmohan Vasudeva,    Meena Vasudeva,    6 Mimi Drive,    Monroe, NJ 08831-3528
aty            +Melissa S. Decerbo,    McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,    Suite 1400,
                 Philadelphia, PA 19109-1060
lm             +Loan Care, LLC,    3637 Sentana Way,    Virginia Beach, VA 23452-4262
518364963      +AR DIstributors,LLC.,    6 Mimi Dr.,    Monroe Township, NJ 08831-3528
518364964      +Bank of America,    c/o KML Law Group, P.C.,    216 Haddon Ave Suite 406,
                 Collingswood, NJ 08108-2812
518364965      +DITECH Financial LLC,    c/o RAS Citron,    130 Clinton Rd. Ste 202,    Fairfield, NJ 07004-2927
518927209       KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798
518927210       KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798,    KHEAA,    P.O. BOX 798,
                 FRANKFORT KY 40602-0798
518481659      +LoanCare, LLC,    3637 Sentara way,    Virginia Beach, VA 23452-4262
518413637      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
518364972     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
518364973       TD Bank N.A. F/K/A Commerce Bank N.A.,    c/o: Fleischer, Fleischer & Suglia,
                 Plaza1000 at Main Street Suite 208,    Voorhees, NJ 08043
518364974      +Township of Middlesex,    Tax Collector,    1200 Mountain Avenue,    Middlesex, NJ 08846-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2020 01:18:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2020 01:18:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518364966      +EDI: IRS.COM Sep 18 2020 04:33:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518487106       E-mail/Text: jennifer.chacon@spservicing.com Sep 18 2020 01:19:10     MEB Loan Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518364971      +EDI: NAVIENTFKASMSERV.COM Sep 18 2020 04:33:00      NAVIENT,    PO Box 3800,
                 Wilkes Barre, PA 18773-3800
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518377680*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
518364967*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518364968*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518364969*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518364970*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518927211*      KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798
518927213*      KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798
518927212*      KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798,    KHEAA,    P.O. BOX 798,
                 FRANKFORT KY 40602-0798
518927214*      KHEAA,    P.O. BOX 798,    FRANKFORT KY 40602-0798,    KHEAA,    P.O. BOX 798,
                 FRANKFORT KY 40602-0798
518531405*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                            TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                 Page 2 of 2                Date Rcvd: Sep 17, 2020
                                  Form ID: 148                Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MEB Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Joint Debtor Meena   Vasudeva erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Jagmohan   Vasudeva erothesq@gmail.com
              Lauren  Moyer    on behalf of Creditor    LoanCare, LLC lmoyer@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    MEB Loan Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```